Summons in a Civil Action (Rev 11/97)

FILED
MAY 2 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [initials] DEPUTY

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

A. J. OLIVER,
Plaintiff,

vs

TAVARUA RESTAURANTS, INC. dba McDONALD'S; McDONALD'S CORP.,
Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 0916 J WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr. — MAY 2 1 2008

CLERK — DATE

K. HAMMERLY

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)