UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

A. J. OLIVER,

Plaintiff,

v.

TAVARUA RESTAURANTS, INC. dba McDONALD'S; McDONALD'S CORPORATION,

Defendants.

Case No. 08 CV 0916 H (WMc)

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING**

Good cause appearing, the parties' joint motion for extension of time is **GRANTED**. **IT IS FURTHER ORDERED** that defendant McDonald's Corporation shall file a responsive pleading to plaintiff's Complaint on or before September 4, 2008.

**IT IS SO ORDERED.**

Dated: August 14, 2008

Marilyn L. Huff,
United States District Court Judge

COPIES TO:
All Parties of Record