| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LYNN HUBBARD III, Bar #69773<br>DISABLED ADVOCACY GROUP, APLC<br>12 WILLIAMSBURG LANE<br>Chico, CA 95926<br>*Telephone No:* 530 895-3252 *FAX No:* 530 894-8244<br>*Attorney for:* Plaintiff<br>*Ref. No. or File No.:* OLIVER v. McDONALD'S (NATIONAL | *For Court Use Only* |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court Southern District Of California | |
| *Plaintiff:* A.J. OLIVER<br>*Defendant:* TAVARUA RESTAURANTS, INC., et al. | |

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 08 CV 0916 j WMC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; PLAINTIFF'S COMPLAINT

3. a. *Party served:* McDONALD'S CORP.

4. *Address where the party was served:* CSC-LAWYERS INCORPORATING SERVICE
2730 Gateway Oaks Drive
Suite 100
Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Jun. 25, 2008 (2) at: 2:00PM

7. ***Person Who Served Papers:***
   a. Jim Wardlow
   **b. ALL PRO ATTORNEY SERVICES**
   2410 FAIR OAKS BOULEVARD
   SUITE 125
   Sacramento, CA 95825
   c. (916) 974-7421, FAX (916) 974-7442

Recoverable Cost Per CCP 1033.5(a)(4)(B)

d. ***The Fee for Service was:*** $33.00
e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* 87-010
   *(iii) County:* Sacramento

8. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

Date: Wed, Jun. 25, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

(Jim Wardlow)

*dag.43373*