LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD, IV (CA SBN 212970)
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, California 95926
Telephone: 530-895-3252
Facsimile: 530-894-8244
usdcso@hubslaw.com

Attorneys for Plaintiff A. J. OLIVER

RICK BERGSTROM (CA SBN 169594)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
RBergstrom@mofo.com

Attorneys for Defendant MCDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. J. OLIVER,<br><br>Plaintiff,<br><br>v.<br><br>TAVARUA RESTAURANTS, INC. dba McDONALD'S; McDONALD'S CORPORATION,<br><br>Defendants. | Case No. 08 CV 0916 MLH (WMc)<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

**PLEASE TAKE NOTICE** that plaintiff A.J. Oliver ("plaintiff") and defendant McDonald's Corporation ("defendant"), hereby jointly move the Court for an order allowing defendant an additional extension of time in which to file a responsive pleading to plaintiffs' Complaint to and including October 20, 2008.

Said extension of time is supported by good cause in that the additional time will permit plaintiff to effect service of the complaint on the operator of the McDonald's restaurant in question. Service is expected to be accomplished within the next two to three weeks.

Dated: September 4, 2008

DISABLED ADVOCACY GROUP, APLC

s/Lynn Hubbard, III___________________
Attorneys for Plaintiff
A. J. Oliver
E-mail: usdcso@hubslaw.com

Dated: September 4, 2008

MORRISON & FOERSTER

s/Rick Bergstrom_____________________
Attorneys for Defendant
McDonald's Corporation
E-mail: Rbergstrom@mofo.com

RICK BERGSTROM (CA SBN 169594)
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, California 92130-2040
Telephone: 858-720-5100
Facsimile: 858-720-5125
RBergstrom@mofo.com

Attorneys for Defendant MCDONALD'S CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

A. J. OLIVER,

Plaintiff,

v.

TAVARUA RESTAURANTS, INC. dba McDONALD'S; McDONALD'S CORPORATION,

Defendants.

Case No. 08 CV 0916 MLH (WMc)

**PROOF OF SERVICE**

I, Rick Bergstrom, declare:

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 12531 High Bluff Drive, Suite 100, San Diego, CA 92130.

On September 4, 2008 I caused the following documents to be served:

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**

**On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption and number, including the parties identified below.**

Lynn Hubbard, III
Scottlynn J. Hubbard, IV
Disabled Advocacy Group APLC
12 Williamsburg Lane
Chico, CA 95926
Tel: 530-895-3252
Fax: 530-894-8244
Attorneys for Plaintiff A. J. Oliver

**In the following manner:**

_____(BY UNITED PARCEL SERVICE) I placed each such sealed envelope, to be collected at Morrison & Foerster, San Diego, California, following ordinary business practices. I am familiar with the practice of Morrison & Foerster for collection and processing of overnight packages, said practice being that in the ordinary course of business, overnight packages are picked up by a representative of that company to be sent that same day.

______(BY PERSONAL SERVICE) I caused such envelope to be personally served through World Wide Attorney Service, whose address is 701 B Street, Suite 324, San Diego, CA 92101. Proof of personal service will be filed upon receipt.

_____ (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at Morrison & Foerster, San Diego, California, following ordinary business practices. I am familiar with the practice of Morrison & Foerster for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____(BY FACSIMILE) Pursuant to agreement of counsel, I transmitted the above documents by facsimile to the referenced facsimile number(s).

__X___(BY NOTICE OF ELECTRONIC FILING) I delivered a true copy of the above-referenced document(s) by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee(s) listed above.

I declare under penalty of perjury under the laws of the State of California that this declaration was signed on September 4, 2008 at San Diego, California.

s/Rick Bergstrom