**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.J. OLIVER,<br>Plaintiff,<br>vs.<br>TAVARUA RESTAURANTS, INC. dba MCDONALD'S; MCDONALD'S CORPORATION,<br>Defendant. | CASE NO. 08-CV-916 H (WMC)<br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT MCDONALD'S CORPORATION TO FILE A RESPONSIVE PLEADING** |

Good cause appearing, the Court grants the parties' joint motion for extension of time. **IT IS FURTHER ORDERED** that defendant McDonald's Corporation shall file a responsive pleading to Plaintiff's complaint on or before October 20, 2008.

IT IS SO ORDERED.

DATED: September 10, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.